United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Karla Bakery Corp., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-22823-Civ-Scola |
| Scottsdale Insurance Company and others, Defendants. | ) |

### Order Remanding Case

    Plaintiff Karla Bakery Corp., through its second amended complaint, seeks to recover from Defendants Scottsdale Insurance Company, Saraima Pinto Tort, and Ernesto Arias for damages it sustained when a motor vehicle drove through the front window of its bakery, causing extensive damage to the interior of its restaurant. Tort was the driver of the vehicle; Arias its owner; and Scottsdale, the Bakery's insurer. Initially, Scottsdale was the only Defendant in this case. Through its second amended complaint, however, the Bakery has joined Tort and Arias. (2nd Am. Compl., ECF No. 16.) The addition of Tort and Arias to this case destroys diversity: the Plaintiff Bakery and the Defendants Tort and Arias are all citizens of Florida. (2nd Am. Compl. at ¶¶ 2, 3; Def.'s Not. Of Removal ¶ 2, ECF No. 1.) Since the Court has permitted this joinder under 28 U.S.C. § 1447(e), it must remand this case back to state court. 28 U.S.C. § 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.").

    Accordingly, the Court **remands** this case back to state court. The Clerk is directed to **close** this case and take all necessary steps to ensure the prompt remand of this matter and the transfer of this file back to Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County. The Court **denies all pending motions as moot**, as not properly before this Court.

    **Done and ordered** at Miami, Florida, on July 3, 2019.

*[signature]*
Robert N. Scola, Jr.
United States District Judge